IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JERALD RIDEAUX | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-220 |
| KYLE CORRECTIONAL CENTER | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Jerald Rideaux, a prisoner currently confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges his constitutional rights were violated while he was confined at the Kyle Correctional Center.

## Discussion

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

The Kyle Correctional Center is in Hays County, Texas, which is located in the Austin Division of the United States District Court for the Western District of Texas. The court has considered the circumstances and has determined that the interests of justice would be served if the complaint were transferred to the district in which the claims arose. Therefore, this action should be transferred to the Western District of Texas. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Austin Division of the United States District Court for the Western District of Texas.

**SIGNED this the 27th day of May, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE